Opinion filed October 20, 1937.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Benjamin R. Williams, for appellee. Mr. Justice Hall delivered the opinion of the court.

P. E. B. Fray, appellant, v. E. J. Hale, appellee. Gen. No. 39,222.

Opinion filed October 20, 1937. Rehearing denied November 2, 1937.

Black & Beermann, for appellant; Benjamin H. Black, of counsel. Howard & Greene, for appellee; H. L. Howard, of counsel. Mr. Justice Hall delivered the opinion of the court.

Edwin W. Sims et al., trading as Sims, Stransky and Brewer, appellees, v. Otto C. Lightner and Lightner Publishing Corporation, appellants. Gen. No. 39,300.

Opinion filed October 20, 1937.

Arthur E. Mayo, for appellants; Walter H. Shurtleff, of counsel. Brelin, Britton & Landon, for appellees; Floyd E. Britton, of counsel. Mr. Justice Hall delivered the opinion of the court.

J. D. Mikel, appellant, v. Illinois Racing Commission et al., appellees. Gen. No. 39,372.

Opinion filed October 20, 1937.

Charles J. Nuchal and John T. Murray, for appellant. Otto Kerner, Attorney General, for appellees; Earl B. Dickerson, Assistant Attorney General, of counsel. Mr. Justice Hall delivered the opinion of the court.

Francis E. Townsend, appellant, v. J. W. Brinton, appellee. Gen. No. 39,793.

634

Opinion filed October 20, 1937.

J. R. Christianson and Vetter & Jacobs, for appellant. Seyfarth & Atwood, for appellee; Karl Edwin Seyfarth and Doval Benjamin Williams, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Wesley M. Cleveland, appellee, v. Reconstruction Finance Corporation, appellant. Gen. No. 39,215.

Opinion filed October 20, 1937.

Lee Walker, R. A. Bullinger, Harold S. Walters and A. A. Armstrong, for appellant. Charles A. Phelps and George E. Fitzgerald, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Louis P. O'Connell, appellant, v. Roy O. West and Percy B. Eckhart, trading as West and Eckhart, appellees. Gen. No. 39,285.

Opinion filed October 20, 1937. Rehearing denied November 2, 1937.

Louis P. O'Connell, pro se; John A. Brown, of counsel. Deneen & Massena, for appellees; Charles S. Deneen and Marshall A. Pipin, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

People of the State of Illinois, defendant in error, v. Harry Gahagan, plaintiff in error. Gen. No. 39,325.

Opinion filed October 20, 1937. Rehearing denied November 2, 1937.

Thomas J. O'Malley, Jr. and McCarthy & Toomey, for plaintiff in error; John E. Toomey and James C. O'Brien, Jr., of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin Starkle Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Eugenia Pikora, appellee, v. Pilgrim National Life Insurance Company, appellant. Gen. No. 39,356.